IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

KENNETH A. WHITE,

    Plaintiff,

v.                                      CIVIL CASE NO. 1:13-18342

SKY BANK, et al.

    Defendants.

## MEMORANDUM OPINION AND ORDER

    By Standing Order, this action was referred to United States Magistrate Judge R. Clarke VanDervort for submission of findings and recommendations regarding disposition, pursuant to 28 U.S.C. § 636(b)(1)(B).  Magistrate Judge VanDervort submitted his Proposed Findings and Recommendation ("PF&R") to the court on February 27, 2014, in which he recommended that the district court grant plaintiff's "motion to withdraw and dismiss civil docket for case # 1:13-cv-18342 and refund of filing fee" (Doc. No. 19), dismiss plaintiff's complaint (Doc. Nos. 1 and 5) without prejudice, and remove this matter from the court's docket.

    In accordance with the provisions of 28 U.S.C. § 636(b), the parties were allotted fourteen days, plus three mailing days, in which to file any objections to Magistrate Judge VanDervort's PF&R.  The failure of any party to file such

objections constitutes a waiver of such party's right to a <u>de novo</u> review by this court. <u>Snyder v. Ridenour</u>, 889 F.2d 1363 (4th Cir. 1989).

The parties failed to file any objections to the Magistrate Judge's PF&R within the seventeen-day period. Having reviewed the PF&R filed by Magistrate Judge VanDervort, the court adopts the findings and recommendation contained therein.

Accordingly, the court adopts the factual and legal analysis contained within the PF&R, **GRANTS** plaintiff's "motion to withdraw and dismiss civil docket for case # 1:13-cv-18342 and refund of filing fee" (Doc. No. 19), **DISMISSES** plaintiff's complaint (Doc. Nos. 1 and 5) without prejudice, and **DIRECTS** the Clerk to remove this matter from the court's docket.

The Clerk is further directed to forward a copy of this Memorandum Opinion and Order to plaintiff, pro se, and all counsel of record.

It is **SO ORDERED** this 24th day of March, 2014.

        **ENTER:**

        David A. Faber
        Senior United States District Judge